**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eric Alan Faleide,                                                Civ. No. 24-3325 (JWB/SGE)

             Petitioner,

                                                **ORDER ACCEPTING**

v.                                                      **REPORT AND RECOMMENDATION**
                                            **OF MAGISTRATE JUDGE**

Eischen, *FPC Duluth Warden*,

             Respondent.

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on November 13, 2024. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The November 13, 2024 Report and Recommendation (Doc. No. 11) is **ACCEPTED**; and

2.      Petitioner Eric Alan Faleide's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 18, 2024                    *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge